Joseph A. Wasserman, Respondent, v. The Bronx Home News Publishing Company and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion to vacate order for examination of plaintiff before trial denied. Time for examination to be fixed on settlement of order. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

twenty days after the completion of the examination of the plaintiff before trial, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.